THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MICHAEL LOUGAROFF, Defendant. BENNIE FRIEDBERG, Surety, Appellant; CHARLES W. BERRY, Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.